**FILED**

JAN 28  11 49 AM '11

U.S. MAGISTRATE JUDGE

BY _____

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | |
| ) | 2:10-mj-886-LRL |
| CHATTEL KNOWN AS ) | |
| APPLE 16GB IPHONE ) | |
| BLACK IN COLOR ) | |
| FCC ID: BCGA1241 ) | |
| IC ID: 579C-A1241 ) | |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, Return and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

1  Unsealing is necessary to permit the Government to copy and distribute the above
2  referenced documents to the defense.
3
4  DATED this 26th day of January, 2011.
5
6  Respectfully submitted,
7  DANIEL G. BOGDEN
   United States Attorney
8
9
10 BRADLEY GILES
   Assistant United States Attorney

**FILED**

Jan 28  11 49 AM '11

U.S. MAGISTRATE JUDGE
BY _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs ) <br> ) <br> CHATTEL KNOWN AS ) <br> APPLE 16GB IPHONE ) <br> BLACK IN COLOR ) <br> FCC ID: BCGA1241 ) <br> IC ID: 579C-A1241 ) <br> _____ ) | 2:10-mj-886-LRL |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this **28th** day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE